Jana James
200 MAGNOLIA BLVD BUILDING 200, APT 203
Port WentworthGA 31407
(404) 263-3008



```
☒ FILED          ___ LODGED
___ RECEIVED     ___ COPY

     FEB 0 3 2023

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____DEPUTY
```

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jana James,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>A T Still University- School of Osteopathic Medicine,<br><br>　　　　　Defendant(s). | CASE NUMBER:　CV23-00231-PHX-DLR<br><br>COMPLAINT |

## Jurisdiction

This court has jurisdiction over this matter pursuant to the American with Disabilities Act, and Civil Rights Act. §§ American with Disabilities Act, Civil Rights Act. The plaintiff is a resident of Port Wentworth, Chatham County, GA and a citizen of the United States. The defendant, A. T. Still University: School of Osteopathic Medicine, is a resident of Mesa, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

I was denied fair access to my exams during my third year in medical school. I was forced to pay for and complete a makeup course for an alleged failure that did not exist and for which I was not reimbursed. I was charged for tuition for semesters during which I was not allowed to attend classes. I was denied an appeal and meeting with the dean for a rotation failure, during which rotation I voiced discrimination but was denied a meeting, an appeal, and any form of due process. I was constantly bullied by the newly appointed dean and accused of failure to take exams that I had already taken. I was wrongly terminated from medical school, and the record of dismissal has hurt my educational investment, eliminating chances of completing my medical degree at other accredited medical programs.

## Demand

I am seeking injunctive relief by having my dismissal removed from my academic record. I am seeking reimbursement for a makeup course that I should have never been required to take. I am seeking a reimbursement for the Spring and Fall Semester of 2021, during which I was never allowed to attend any

classes but for which I was charged $33,000 each semester. I am seeking a reimbursement for my Graduate Profession Scholarship which has now become a loan (totaling $20,000) to be forgiven due to my wrongful termination.

I am seeking for injunctive relief to have grades earned on exams where my timer had a glitch to be removed from my academic record. I would like credit for the course Osteopathic Principles and Practice VI, the course that I passed but was denied the right to sit for my end of rotation exam in May 2021, 5 months before my dismissal. I would like credit for my Psychiatry Rotation which I was passing before taking an exam whose timer and testing environment were compromised.

I am also seeking compensation for emotional distress. During my third year, I faced nightly harassment and bullying from newly appointed Dean Valerie Sheridan. Further I am requesting reimbursement for all financial loss during my attendance at SOMA and related emotional distress. **Damages: $620,000** This was my educational investment on my path to becoming a doctor. This is no longer possible due to my wrongful termination by ATSU, and this investment has been lost.

The Plaintiff wants a trial by jury.

Date: 1/30/2023

Signature of Pro Se Plaintiff
Jana James
200 MAGNOLIA BLVD BUILDING 200, APT 203
Port Wentworth, GA 31407
(404) 263-3008