**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jana James, | No. CV-23-00231-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| AT Still University, | |
| Defendant. | |

Plaintiff Jana James is self-represented. She has sued Defendant AT Still University for allegedly violating the Americans with Disabilities Act by refusing to accommodate Ms. James' disability during her time as a student. (Doc. 9.) Ms. James has filed a motion requesting that the Court appoint her counsel in advance of the October 12, 2023, case management conference. (Doc. 22.) Ms. James' motion will be denied.

Generally, there is no constitutional right to appointment of counsel in a civil case. *Johnson v. U.S. Dep't of Treasury*, 939 F.2d 820, 824 (9th Cir. 1991). The Court has discretion, pursuant to 28 U.S.C. § 1915(e)(1), to appoint counsel to represent civil litigants who cannot afford counsel. However, appointment of counsel is appropriate only when "exceptional circumstances" are present. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (citing *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)).

Here, the Court does not find exceptional circumstances warranting appointment of counsel. Ms. James explains in her motion that she has reached out to several attorneys

on the Arizona State Bar website, but thus far has been unable to find counsel at a rate she can afford. Ms. James says she is still searching for an attorney, but in the meantime, requests appointed counsel because she does not feel prepared to meet with opposing counsel to craft a proposed scheduling order given her unfamiliarity with the Court's procedures.

Ms. James' circumstances are not extraordinary. Many, if not most, self-represented litigants are unfamiliar with federal procedure and at times find federal civil litigation overwhelming. But the Court has resources available to self-represented litigants to help them better understand the process. The Court issued a notice to Ms. James on February 6, 2023, detailing these resources. (Doc. 6.) Many are available online at the Court's public website, www.azd.uscourts.gov. In the upper right corner of the homepage, Ms. James will find a link titled "For those Proceeding Without an Attorney." If she follows it, she will find links to, among other resources, the Court's "Handbook for Self-Represented Litigants," and the Advice-Only Clinic, where she can schedule an appointment to speak with a volunteer attorney. The Court encourages Ms. James to avail herself of these resources.

**IT IS ORDERED** that Ms. James' motion to appoint counsel (Doc. 22) is **DENIED**.

Dated this 29th day of August, 2023.

Douglas L. Rayes
United States District Judge

- 2 -