Motion to Seal Case, Seal Documents and Maintain Case and Documents Under Seal

Case 2:23-cv-00231-DLR

Plaintiff: Jana James

Defendant: AT Still University


Honorable Judge Rayes,


I am filing a motion to seal this Case 2:23-cv-00231-DLR, seal all case documents, and maintain this case and all case documents under seal indefinitely.

I am aware that documents filed in the courts of this State are open to the inspection of the public.

The reason that I am making this request is because I have disclosed personal and medical conditions and diagnoses. I would like to maintain my privacy from the public, regarding all of the information that I have submitted to the Defendant and to the Court. Materials that I have submitted contain information designated as medically confidential.

Please consider my request.


Respectfully,

Jana James

*[signature]* 11/27/2024