IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jana James,<br><br>    Plaintiff,<br><br>v.<br><br>AT Still University,<br><br>    Defendant. | No. CV-23-00231-PHX-DLR<br><br>**ORDER** |

  Before the Court is Plaintiff's Counsel's second Motion to Withdraw as Counsel without Consent (Doc. 120). The Court will set an expedited briefing schedule on this motion, and allow Plaintiff to file her respond under seal, if she so chooses. Accordingly,

  **IT IS ORDERED** that Plaintiff shall respond to the motion to withdraw no later than **June 12, 2025**.

  **IT IS FURTHER ORDERED** that Plaintiff shall be permitted to submit her response under seal, if she so chooses.

  **IT IS FURTHER ORDERED** that the Clerk of the Court shall forward a copy of this order to Plaintiff Ms. James at the following email address: janajames15@gmail.com.

  Dated this 5th day of June, 2025.

                    Douglas L. Rayes
                    Senior United States District Judge