IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jana James,<br><br>           Plaintiff,<br><br>v.<br><br>AT Still University,<br><br>           Defendant. | No. CV-23-00231-PHX-DLR<br><br>**NOTICE OF PENDING SUMMARY JUDGMENT MOTION** |

Defendant AT Still University filed a motion for summary judgment on **June 2, 2025**. (Doc. 117.) Due to the recent withdrawal of Plaintiff's counsel, the Court will sua sponte extend Plaintiff's response deadline. Plaintiff's response to the motion is due no later than **July 18, 2025**. The response may not exceed **17 pages**, exclusive of attachments. *See* LRCiv 7.2(e). Pursuant to paragraph 7(c) of the Scheduling Order (Doc. 36), Plaintiff may not file a separate statement of controverting facts, and instead must include all facts in the response itself. All evidence to support the response that is not already part of the record must be attached to the response itself. Consistent with Local Rule of Civil Procedure 56.1(f), the evidence may include only relevant excerpts rather than full documents. Because no separate controverting statement of facts will be permitted, Plaintiff in her response must carefully address all material facts raised in the motion. Any fact that is ignored may be deemed uncontested. Procedurally, immediately following the response should be an alphabetical table of contents (the table of contents shall include only a title for each exhibit, not a description). Following the table of contents should be

1 each exhibit (unless the document already is part of the record), labeled alphabetically. Citations to documents already part of the record shall reference the docket number where the document can be found and include a pin cite to the relevant page. For purposes of this procedure, the page limitations in Local Rule of Civil Procedure 7.2(e) shall be inclusive of the incorporated facts, but exclusive of any evidentiary attachments. Failure to file a response may result in the Court deeming all material facts undisputed.

Dated this 18th day of June, 2025.

Douglas L. Rayes
Senior United States District Judge