IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jana James,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AT Still University,<br><br>　　　　　Defendant. | No. CV-23-00231-PHX-DLR<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's motion for reconsideration of the Court's February 25, 2026 order. (Doc. 145.) Motions for reconsideration should be granted only in rare circumstances. *Defenders of Wildlife v. Browner*, 909 F. Supp. 1342, 1351 (D. Ariz. 1995). A motion for reconsideration ordinarily will be denied "absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence." LRCiv 7.2(g). Further, the motion must "point out with specificity the matters that the movant believes were overlooked or misapprehended by the Court, any new matters being brought to the Court's attention for the first time and the reasons they were not presented earlier, and any specific modifications being sought in the Court's Order." *Id.*

　　　　Here, Plaintiff has neither made a showing of manifest error nor presented the Court with new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence. Rather, Plaintiff argues that under the liberal construction

afforded to pro se litigants the Court should have considered Plaintiff's Response as evidence. (*Id.* at 1–2.) Plaintiff asserts that if the Court had considered it this would have impacted the Court's analysis of whether she was "otherwise qualified" under her Americans with Disabilities Act claim. (*Id.* at 2.) Plaintiff, however, misunderstands the Court's order. The Court determined that even if Plaintiff had met her burden to show she was "otherwise qualified" that Defendant had met its burden "to show that Plaintiff could not meet Defendant's academic standards even with the requested accommodation." (Doc. 143 at 4–5.) Thus, there was no genuine dispute of material fact and Plaintiff has not shown a sufficient basis for reconsideration.

**IT IS ORDERED** that Plaintiff's motion for reconsideration (Doc. 145) is **DENIED**.

Dated this 3rd day of March, 2026.

Douglas L. Rayes
Senior United States District Judge